

# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN

---

MEMBER OF
NY & NJ BAR

---

FEDERAL MEMBERSHIP
EDNY, NDNY, WDNY, SDNY, ILND & DNJ

---

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

December 13, 2023

VIA PACER:
Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Souquette et al v. Airbnb, Inc.; Case No. 1:23-cv-06250

Dear Judge Oetken:

     We represent the Plaintiffs in the above-referenced matter.  We respectfully submit this letter to inform the Court that this writer is sick and has been ill for some weeks.  I apologize to the Court and counsels for the Defendant for my tardiness.  I am getting help to file the opposition to this motion and respectfully request 14 days to submit the opposition.

     I thank the Court for its time and consideration of this request, and I apologize for any inconvenience this may cause.

                                            Respectfully Submitted,

                                            *Tyrone A. Blackburn, Esq.*
                                            Tyrone A. Blackburn, Esq.

CC: All attorneys of record via ECF.

 

347-342-7432    tblackburn@tablackburnlaw.com    TABlackburnlaw.com