## UNITED STATES FEDERAL COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIANEY SOUQUETTE and ROSS LONSDOF, <br><br> Plaintiffs, <br><br> -against- <br><br> AIRBNB, INC., GUILLERMO ALEJANDRO, <br><br> Defendants. | Civil Action No.: 23-6250 <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs VIANEY SOUQUETTE and ROSS LONSDOF hereby gives notice that the above-captioned action is voluntarily dismissed, **WITHOUT** prejudice, against Defendants AIRBNB, INC., and GUILLERMO ALEJANDRO. Plaintiffs will immediately refile against Defendants in the US District Court for the Western District of Texas.

Dated: April 11, 2024

Brooklyn, New York

So ordered.
The Clerk of Court is directed to terminate any open motions and to close this case.
  Dated: 4/15/2024

T. A. BLACKBURN LAW, PLLC.
By: *Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

_____
J. PAUL OETKEN
United States District Judge